# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162544(14)(15)(16)

SHAMARA KALEA BOINES,
      Plaintiff,

v                                    SC: 162544

BOARD OF LAW EXAMINERS,
      Defendant.
_____/

      On order of the Chief Justice, the motions of defendant for immediate consideration, to seal its appendix, and to seal Exhibit A of plaintiff's motion in limine are GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2021



Clerk